No. 86–1815. CREDIT BUREAU SERVICES–NEW ORLEANS, DBA CHILTON CORP. *v.* PINNER. C. A. 5th Cir. Motions of Trans

Union Credit Information Co., Associated Credit Bureaus, Inc., and Credit Bureau, Incorporated of Georgia for leave to file briefs as *amici curiae* granted. Certiorari denied. 